IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 12-935-LPS |
| | ) |
| CDW CORPORATION and CDW LLC, | ) |
| | ) |
|       Defendants. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC and Defendants CDW Corporation and CDW LLC (collectively, "CDW") pursuant to Fed. R. Civ. P. 41 (a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| | |
| */s/ Stephen B. Brauerman* | */s/ Andrew C. Mayo* |
| _____ | _____ |
| Richard D. Kirk (I.D. #922) | Steven J. Balick (#2114) |
| Stephen B. Brauerman (I.D. # 4952) | Lauren E. Maguire (#4261) |
| Vanessa R. Tiradentes (I.D. #5398) | Andrew C. Mayo (#5207) |
| 222 Delaware Avenue | 500 Delaware Avenue, 8th Floor |
| Suite 900 | P.O. Box 1150 |
| P.O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 654-1888 |
| (302) 655-5000 | sbalick@ashby-geddes.com |
| rkirk@bayardlaw.com | lmaguire@ashby-geddes.com |
| sbrauerman@bayardlaw.com | amayo@ashby-geddes.com |
| vtiradentes@bayardlaw.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |